IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) NO. 11 C 4073 |
| J & T SERVICES, INC., | ) |
| an Illinois corporation, | ) JUDGE CHARLES R. NORGLE, SR. |
| | ) |
| Defendant. | ) |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, J & T SERVICES, INC., an Illinois corporation, in the total amount of $6,616.76, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,918.75.

On June 26, 2011, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 18, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Jennifer L. Dunitz-Geiringer

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>5th</u> day of <u>August 2011</u>:

    Mr. Tom Alberto, Registered Agent/President
    J & T Services, Inc.
    1186 Lakeside Lane
    Carol Stream, IL   60188


            /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\731exc\J & T Services\#22409\motion.jdg.df.wpd